1 THOMAS S. BRIGHAM (#44899)
Attorney at Law
2 P. O. Box 358
Ukiah, CA 95482
3 Telephone: (707) 462-9292
Facsimile: (707) 467-2492
4 Email: tsbrigham@sbcglobal.net
Attorney for Plaintiff
5 PANO STEPHENS

6 LEWIS BRISBOIS BISGAARD & SMITH LLP
JULIAN J. PARDINI, ESQ., SB# 133878
7 SARA J. SAVAGE, ESQ., SB# 199344
One Sansome Street, Suite 1400
8 San Francisco, California 94104
Telephone: (415) 362-2580
9 Facsimile: (415) 434-0882
Attorneys for Defendant
10 AMCO INSURANCE COMPANY

11 UNITED STATES DISTRICT COURT

12 NORTHERN DISTRICT OF CALIFORNIA

14 PANO STEPHENS,                                )   NO. C 06-01019 CRB
                                                )
15        Plaintiff,                            )   **STIPULATION TO**
                                                )   **RESCHEDULE CASE**
16     -vs-                                     )   **MANAGEMENT CONFERENCE**
                                                )
17 ALLIED INSURANCE COMPANY,                    )   **ORDER THEREON**
   individually and dba AMCO                    )
18 INSURANCE COMPANY,                           )
                                                )
19        Defendant.                            )
   _____)

21     Pursuant to the standing ORDER SETTING CASE MANAGEMENT CONFERENCE
22 the parties request rescheduling based on inconvenience, of the case
23 management conference currently set on June 9, 2006 at 8:30 a.m., to
24 a new date of July 7, 2006, at 8:30 a.m., the party plaintiff being
25 out of state on the current date, and plaintiff's counsel being
26 involved in other previously-scheduled court proceedings.
27     The parties have filed the joint case management statement, Rule
28 26(f) Report and have served initial disclosures as required.

1
_____
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; ORDER THEREON    C 06-01019 CRB

1  The parties have met and conferred and jointly request July 7, 2006, at 8:30 a.m., for case management conference.

IT IS SO STIPULATED.

DATED:   June 2, 2006

/s/ Thomas S. Brigham
THOMAS S. BRIGHAM
Attorney for Plaintiff
PANO STEPHENS

DATED:   June 2, 2006      LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Sara J. Savage
JULIAN J. PARDINI
SARA J. SAVAGE
Attorneys for Defendant
AMCO INSURANCE COMPANY

## ORDER

THE FOREGOING STIPULATION is approved, the case management conference date of June 9, 2006 is vacated, and the initial case management conference is rescheduled to July 7, 2006, at 8:30 a.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

DATED:   ___June 5, 2006_____

_____
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)