**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JULIAN J. PARDINI, ESQ., SB# 133878
RENE L. GAMBOA, ESQ., SB# 136166
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882
E-mail: pardini@lbbslaw.com

Attorneys for Defendant,
AMCO INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PANO STEPHENS,<br><br>  Plaintiff,<br><br>v.<br><br>ALLIED INSURANCE COMPANY, individually and dba AMCO INSURANCE COMPANY,<br><br>  Defendants. | CASE NO. C 06 1019CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE FOR THE DESIGNATION OF EXPERT WITNESSES<br><br>Trial Date: December 11, 2006 |

WHEREAS, under Federal Rules of Civil Procedure, Rule 26, the deadline for the parties to exchange their respective Designation of Expert Witnesses is due on September 12, 2006; and

WHEREAS, the parties have been working diligently to identify and retain their respective experts in order to disclose them to each other; and

WHEREAS, the parties agree that more time is needed for them to complete the process of identifying and retaining their respective experts; and

WHEREAS, the parties agree that a short continuance of approximately 16 days is needed for them to complete the process of identifying and retaining their respective experts;

///
///
///

4821-0071-6093.1

1  THEREFORE, as good cause exists, all parties to this action, acting by and through their
2  attorneys of record, agree and stipulate to continue the deadline for the exchange of their
3  respective Designation of Experts from September 12, 2006 to September 28, 2006.

5  Dated: September 6, 2006        LAW OFFICES OF THOMAS S. BRIGHAM
6                                  By: _____
                                        THOMAS S. BRIGHAM
7                                       Attorney for Plaintiff,
                                        PANO STEPHENS

9  Dated: September 6, 2006        LEWIS BRISBOIS BISGAARD & SMITH LLP
10                                 By: _____
                                        RENE T. GAMBOA
11                                      Attorney for Defendant,
                                        AMCO INSURANCE COMPANY

### ORDER

16  This Court, having reviewed the foregoing Stipulation of the parties, and finding good
17  cause:
18  IT IS SO ORDERED that the deadline for the parties to exchange their respective
19  Designation of Expert Witnesses be continued from September 12, 2005 to September 28, 2006.

21  DATED: September 7, 2006       _____
                                    Judge of the United States District Court
                                    for the Northern District of California



IT IS SO ORDERED
Judge Charles R. Breyer

-2-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR THE
DESIGNATION OF EXPERT WITNESSES – CASE NO. C 06 1019 CRB

4821-0071-6039.1

ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580