**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JULIAN J. PARDINI, ESQ., SB# 133878
RENÉ I. GAMBOA, ESQ., SB# 136166
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882
E-mail: pardini@lbbslaw.com

Attorneys for Defendant,
AMCO INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PANO STEPHENS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALLIED INSURANCE COMPANY,<br>individually and dba AMCO INSURANCE<br>COMPANY,<br><br>　　　　Defendants. | CASE NO. C 06 1019CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FURTHER CONTINUANCE OF THE DEADLINE FOR THE DESIGNATION OF EXPERT WITNESSES**<br><br>Complaint Filed:　February 23, 2004<br>Trial Date: December 11, 2006 |

　　1.　WHEREAS, under Federal Rules of Civil Procedure, Rule 26, the original deadline by which the parties were required to exchange their respective Designations of Expert Witnesses was September 12, 2006; and

　　2.　WHEREAS, the parties submitted a Stipulation and [Proposed] Order, which this Court approved and executed, continuing the deadline to September 28, 2006; and

　　3.　WHEREAS, the parties have been working diligently to identify and retain their respective experts in order to disclose them to each other; and

　　4.　WHEREAS, the experts who now have been identified and retained need time to inspect the property that is the subject of this litigation and prepare the required Rule 26 reports; and

/ / /

4814-7583-1809.1

STIPULATION AND [PROPOSED] ORDER FOR FURTHER CONTINUANCE OF THE DEADLINE
FOR THE DESIGNATION OF EXPERT WITNESSES – CASE NO. C 06 1019CRB

5.   WHEREAS, the parties diligently are attempting to work with the experts' schedules in order to coordinate an inspection of the property that is the subject of this litigation; and

6.   WHEREAS, the parties agree that more time is needed for the parties' experts to complete the inspection of the property that is the subject of this litigation and to complete their Rule 26 reports; and

7.   WHEREAS, the parties agree that expert depositions will not take place until after the hearing on AMCO Insurance Company's Motion for Summary Judgment, scheduled to be heard on October 20, 2006.

THEREFORE, as good cause exists, all parties to this action, acting by and through their attorneys of record, agree and stipulate to continue the deadline for the exchange of their respective Designation of Expert Witnesses from September 28, 2006 to **October 23, 2006**.

Dated: September 25, 2006

LAW OFFICES OF THOMAS S. BRIGHAM

By: _____
THOMAS S. BRIGHAM
Attorney for Plaintiff,
PANO STEPHENS

Dated: September 27, 2006

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
RENE I. GAMBOA
Attorney for Defendant,
AMCO INSURANCE COMPANY

## ORDER

This Court, having reviewed the foregoing Stipulation of the parties, and finding good cause:

IT IS SO ORDERED that the deadline for the parties to exchange their respective Designation of Expert Witnesses be continued from September 28, 205 to **October 23, 2006**.

DATED: Sept. 29, 2006

_____
Judge of the United States District C
for the Northern District of C

IT IS SO ORDERED
Judge Charles R. Breyer

4814-7583-1809.1

-2-

STIPULATION AND [PROPOSED] ORDER FOR FURTHER CONTINUANCE OF THE DEADLINE FOR THE DESIGNATION OF EXPERT WITNESSES – CASE NO. C 06-1019CRB