1  THOMAS S. BRIGHAM (#44899)
   Attorney at Law
2  P. O. Box 358
   Ukiah, CA 95482
3  Telephone:  (707) 462-9292
   Facsimile:  (707) 467-2492
4  Email: tsbrigham@sbcglobal.net
   Attorney for Plaintiff
5  PANO STEPHENS

6  LEWIS BRISBOIS BISGAARD & SMITH LLP
   JULIAN J. PARDINI, ESQ., SB# 133878
7  RENÉ I. GAMBOA, ESQ., SB# 136166
   One Sansome Street, Suite 1400
8  San Francisco, California 94104
   Telephone: (415) 362-2580
9  Facsimile: (415) 434-0882
   Attorneys for Defendant
10 AMCO INSURANCE COMPANY

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14 PANO STEPHENS,                    )   NO. C 06-01019 CRB
                                     )
15         Plaintiff,                )   **STIPULATION RE**
                                     )   **CONTINUANCE OF HEARING**
16     -vs-                          )   **ON AMCO MOTION FOR**
                                     )   **SUMMARY JUDGMENT; ORDER**
17 ALLIED INSURANCE COMPANY,         )
   individually and dba AMCO         )   Trial:   December 11, 2006
18 INSURANCE COMPANY,                )
                                     )   Date:    October 20, 2006
19         Defendant.                )   Time:    10:00 a.m.
   _____)   Place:   Courtroom 8
20

21      THE PARTIES, having met and conferred on a date for hearing of

22 the defendant AMCO'S Motion For Summary Judgment, now stipulate as

23 follows:

24      1)   The hearing on said motion shall be continued from October

25 20, 2006, to be heard on October 27, 2006 at 10:00 a.m.;

26      2)   Plaintiff's responding papers to said motion shall be served

27 not later than October 6, 2006, and any reply by defendant AMCO shall

28 be served no later than October 13, 2006;

                                    1
_____
STIPULATION RE CONTINUANCE OF HEARING ON AMCO MOTION FOR SUMMARY JUDGMENT; ORDER 06-01019 CRB

3) This stipulation may be executed on facsimile copies of the motion so that its presentation to the court may be expedited.

DATED:    September 28, 2006

/S/
_____
THOMAS S. BRIGHAM
Attorney for Plaintiff
PANO STEPHENS

DATED:    September 28, 2006     LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
JULIAN J. PARDINI
RENÉ I. GAMBOA
Attorneys for Defendant
AMCO INSURANCE COMPANY

**ORDER**

GOOD CAUSE APPEARING from the foregoing stipulation, IT IS ORDERED that:

1) AMCO'S Motion For Summary Judgment is continued from October 20, 2006 to October 27, 2006 for hearing thereon, to commence at 10:00 a.m. or as soon thereafter as the matter can be heard, in the courtroom of the Honorable CHARLES R. BREYER, 19th Floor, United States District Court;

2) The parties' responses and replies to said motion documents shall be served and filed as required by applicable court rules in reference to the continued hearing date of October 27, 2006.

DATED:    September __29__, 2006

_____
United States District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer

2