**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   PANO STEPHENS,                          No. C 06-01019 CRB
12              Plaintiff,                    **ORDER**
13      v.
14   ALLIED INSURANCE COMPANY,
15              Defendant.
                                            /
16
17          Now pending before the Court is defendant's motion for summary judgment.  After
18   carefully considering the papers filed by the parties, and having had the benefit of oral
19   argument, the Court GRANTS defendant's motion on the ground that plaintiff's claim is
20   barred by the statute of limitations set forth in the Policy.  The Court will issue a
21   Memorandum and Order that sets forth the reasons for its Order at a later date; in light of the
22   upcoming trial date the Court wanted to alert the parties to its decision at the earliest date
23   possible.
24          **IT IS SO ORDERED.**
25
26   Dated: Nov. 6, 2006                      _____
                                             CHARLES  R. BREYER
27                                           UNITED STATES DISTRICT JUDGE
28

G:\CRBALL\2006\1019\orderresj1.wpd

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28